No. 10–223.  PHILLIPS *v.* THALER, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 10–227.  SCHNELLER *v.* PROSPECT PARK NURSING AND RE-
HABILITATION CENTER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–232.  BANK OF NEW YORK MELLON ET AL. *v.* GREDE,
TRUSTEE, SENTINEL LIQUIDATION TRUST.  C. A. 7th Cir.  Cer-
tiorari denied.

No. 10–261.  TRUHLAR *v.* UNITED STATES POSTAL SERVICE
ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 10–265.  FLESZAR *v.* DEPARTMENT OF LABOR.  C. A. 7th
Cir.  Certiorari denied.

No. 10–287.  INNOVATIVE THERAPIES, INC. *v.* KINETIC CON-
CEPTS, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 10–340.  JACKIM *v.* OHIO.  Sup. Ct. Ohio.  Certiorari de-
nied.

No. 10–352.  RICHARDSON *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 10–353.  CRASE *v.* UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 10–362.  BAILEY ET AL. *v.* SHELL WESTERN E&P INC.
ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–380.  TERRA XXI, LTD., ET AL. *v.* AG ACCEPTANCE
CORP. ET AL.  Ct. App. Tex., 7th Dist.  Certiorari denied.

No. 10–5584.  CROPPER *v.* ARIZONA.  Sup. Ct. Ariz.  Certio-
rari denied.

No. 10–5870.  YOUNG BOK SONG *v.* SMITH ET AL.  C. A. 6th
Cir.  Certiorari denied.

No. 10–5872.  SMITH *v.* CONDER ET AL.  C. A. 7th Cir.  Certio-
rari denied.